JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD PAUL BRYANT,<br>　　　　Petitioner,<br>　　v.<br>CONNIE GIBSON, Warden,<br>　　　　Respondent. | Case No. CV 16-1838-CAS (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Habeas Corpus Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 25, 2016

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE